UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CARLOS RUIZ FLOREZ,                                                     :
:
:
Plaintiff,                           :
:  24-CV-8148 (JMF)
-v-                                  :
:         ORDER
:
THE MOSKOWITZ CHILDREN IRREVOCABLE                                      :
TRUST et al,                                                            :
:
Defendants.                          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Rule 4(l)(1) of the Federal Rules of Civil Procedure requires that "proof of service . . . be made to the court." Fed. R. Civ. P. 4(l)(1). To date, Plaintiff has not filed proof of service for Defendant Moskowitz Children Irrevocable Trust. Although proof of service was filed for Defendant Tecton Cafe Inc. ("Tecton"), *see* ECF No. 10, Tecton has yet to appear in this action.

      Plaintiff is hereby ORDERED to file proof of service for Defendant Moskowitz Children Irrevocable Trust no later than **February 3, 2025**. No later than **the same date**, Plaintiff shall submit a letter addressing whether Plaintiff has had contact with either Defendant or if Plaintiff has any reason to believe that either Defendant has actual notice of this lawsuit.

      Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

      Finally, in light of the foregoing, the initial pretrial conference scheduled for February 6, 2025, is ADJOURNED to **March 6, 2025**, at **9:00 a.m.**

      SO ORDERED.

Dated: January 29, 2025
       New York, New York
                                                              JESSE M. FURMAN
                                                               United States District Judge