UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CARLOS RUIZ FLOREZ, :
:
:
Plaintiff, :
: 24-CV-8148 (JMF)
-v- :
: ORDER
:
THE MOSKOWITZ CHILDREN IRREVOCABLE :
TRUST et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's orders, ECF Nos. 7, 16, the parties were required to file their proposed case management plan and a joint letter no later than February 27, 2025. To date, the Court has not received the parties' required submissions. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 3, 2025.** Continued failure to comply with the Court's orders may result in sanctions, including dismissal for failure to prosecute.

     SO ORDERED.

Dated: February 28, 2025
       New York, New York

                                                   JESSE M. FURMAN
                                          United States District Judge